**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In re:<br><br>Stacey A. Wharam,<br><br>Debtor. | Case No. 26-10626-KHK<br>Chapter 11 |
| Elizabeth A. Myllenbeck and<br>Richard W. Myllenbeck,<br><br>Plaintiffs.<br><br>vs.<br><br>Stacey A. Wharam and<br>Daniel Wharam,<br><br>Defendants. | Adv. Proc. No. 26-01041-KHK |

**ORDER REGARDING**
**DEFENDANTS' MOTIONS TO DISMISS**

This matter is before the Court pursuant to the Motion to Dismiss (Docket No. 7) filed by Daniel Wharam and the Motion to Dismiss filed by Stacey A. Wharam (Docket No. 8) (such motions, the "Motions") (such parties, collectively, the "Defendants"), as well as the response thereto. The Motions seek to dismiss certain counts of the Complaint (Docket No. 1) (the "Complaint"). In the Motions, the Defendants argue, *inter alia*, that the Complaint fails to sufficiently allege facts to demonstrate a plausible claim to relief as required by the Supreme Court's decision in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). The Defendants also make various legal arguments as to why the Plaintiffs are not entitled to relief. The Court has reviewed the Motions.

Without expressing any view as to the Motions' merits, the Court will afford Plaintiffs an opportunity to cure the purported pleading defects and hereby grants Plaintiffs leave to file an Amended Complaint, in accordance with Fed. R. Civ. P. 15(a)(1)(B). An amended complaint must plead specific factual allegations that, if true, would "plausibly give rise to an entitlement to relief." *Iqbal*, 556 U.S. at 680. If Plaintiffs timely file an Amended Complaint, the Court will deny without prejudice the Motions as moot. If Plaintiffs do not timely file an Amended Complaint, the Defendants are directed to re-notice their Motions for the next available appropriate calendar date, at which time the Court will decide the Motions.

It is therefore,

**ORDERED**:

1. An Amended Complaint must be filed by **November 16, 2026**.
2. If no Amended Complaint is filed, the Defendants shall re-notice their Motions for the next available appropriate calendar date, at which time the Court will decide the Motions.
3. If an Amended Complaint is timely filed, the Motions will be denied as moot.
4. The Clerk will provide a copy of this order or cm-ecf notice of its entry to the parties listed below.

Date: Oct 25 2026
Alexandria, Virginia

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:Oct 26 2026

Copies to:

Matthew A. Clary, III
*Counsel to the Plaintiffs*

Jonathan Baird Vivona
*Counsel to Stacey A. Wharam*

David C. Jones, Jr.
*Counsel to Daniel Wharam*