**UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| STACEY A. WHARAM | : | |
| | : | Bankruptcy Case No.: 26-10626-KHK |
| Debtor. | : | |

| | | |
|---|---|---|
| ELIZABETH A. MYLLENBECK | : | |
| RICHARD D. MYLLENBECK | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adversary Proceeding No.: 26-1041-KHK |
| | : | |
| STACEY A. WHARAM | : | |
| DANIEL WHARAM | : | |
| Defendants. | : | |

**AMENDED MOTION TO DISMISS COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT AND MEMORANDUM IN SUPPORT**

COMES NOW your Defendant, Daniel Wharam, by counsel, and pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, files this Amended Motion to Dismiss[1] the Complaint filed herein by Elizabeth & Richard Myllenbeck and in support, states as follows:

1. The Complaint fails to state a claim upon which relief can be granted – it seeks to determine nondischargeability against Mr. Wharam, despite the fact that he is not a debtor in the underlying case. Although each count requests money damages against Mr. Wharam, they are all pled as objections to discharge under the Bankruptcy Code. Pursuant to 11 U.S.C. 524(e), "discharge of a debt of the debtor does not affect the liability of any other entity on, or the

[1] Pursuant to Rule 7015 of the Federal Rules of Bankruptcy Procedure and Rule 15(a)(2) of the Federal Rules of Civil Procedure, Defendant has obtained the Plaintiff's written consent to file this amended motion.

David C. Jones, Jr., VSB 37483
10167 Jones Street, Suite 301-A
Fairfax, Virginia 22030
703-273-7350
davidcjonesjr@gmail.com

property of any other entity for, such debt." Since Mr. Wharam is not the Debtor and cannot receive a discharge, none of the counts state a valid claim.

2. This Court lacks subject matter jurisdiction over the claims asserted against Mr. Wharam. To the extent that the Counts seek to determine liability on the underlying state law claims for fraud, defalcation by a fiduciary, or an intentional tort, the Court lacks subject matter jurisdiction because those matters are not core proceedings arising under the Bankruptcy Code, nor are they related to the administration of the Mrs. Wharam's Bankruptcy case. *See e.g. In re Baseline Sports, Inc.*, 393 B.R. 105, 126 (Bankr. E.D. Va. 2008)(holding garden variety fraud claims are not core claims). Adjudication of Mr. Wharam's liability is not related to his wife's bankruptcy because it would not "alter the debtor's rights, liabilities, options or freedom of action (either positively or negatively) and which in any way impacts upon the handling and administration of the bankrupt estate." *A.H. Robins Co., Inc. v. Piccinin*, 788 F.2d 994 (4th Cir. 1986)(adopting the *Pacor* test). This is particularly true now that Mrs. Wharam's case has been converted to Chapter 7.

3. Pursuant to 28 U.S.C. 1334(c)(2), Mr. Wharam respectfully moves that this Court abstain from hearing this matter, because the claims at issue are non-core matters based on state law. The conversion of Mrs. Wharam's case to Chapter 7 will allow the state court to resolve those matters in a timely manner. Even if this Court has "related to" jurisdiction under 28 U.S.C. 157(c)(1), the Code requires it to abstain from hearing this case because there are pending proceedings in state court related to those claims[2]. *In re Seven Springs, Inc.*, 148 B.R. 815, 818

[2] The Background section on page 1 of the Complaint explains: "The Claim is composed of those causes of action brought against the Debtor and others, pre-petition in the Circuit Court for the City of Alexandria as alleged in their Verified First Amended Complaint therein (the "Amended Complaint") and the exhibits thereto as supplemented by Supplemental Claims each included with the Claim."

(Bankr. E.D. Va. 1992). Alternatively, Defendant requests the Court voluntarily abstain pursuant to 11 U.S.C. 1334(c)(1).

WHEREFORE, the Defendant prays that this Complaint be dismissed with prejudice and without leave to amend.

/s/David C. Jones, Jr.
David C. Jones, Jr., VSB 37483
Counsel for Defendant
10617 Jones Street, #301-A
Fairfax, Virginia 22030
(703) 273-7350
davidcjonesjr@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served by first-class mail and/or electronic service on November 18, 2026, to the following:

Matthew A. Clary, III, by CM/ECF

/s/David C. Jones, Jr.
David C. Jones, Jr.